Scottish Union & National Insurance Co. *v.* Warren-Gee Lumber Company.

[61 South. 310.]

Appeal and Error. *Disposition on reversal. Dismissal of cause.* Code 1906, *section* 4919.

Where there is nothing to be determined by the lower court and the action cannot be maintained in the court appealed from, or in any other court, the supreme court, on appeal, should dismiss the cause, having authority so to do under Code 1906, section 4919.

Appeal from the chancery court of Forest county.
Hon. T. A. Wood, Chancellor.

On motion to correct a judgment remanding the case and to enter a judgment of dismissal.

For former opinion see 60 South. 1010.

*Baskin & Wilburn* and *McLaurin, Armistead & Brien* and *E. J. Bowers,* for appellant.

*McWillie & Thompson, S. E. Travis, D. E. Sullivan* and *J. R. Talley,* for appellee.

Cook, J., delivered the opinion of the court.

This case was reversed and remanded. 60 South. 1010. It is again before us upon motion of appellant to correct the former judgment remanding the case, and to enter judgment here dismissing the cause.

Section 4919 of the Revised Code of 1906 requires this court, in case a judgment or decree of the court below is reversed, to enter such judgment or decree as the lower court should have entered, "unless it be necessary in consequence of its decision, that some matter of fact be ascertained, or damages assessed by a jury, or where the matter to be determined is uncertain." It follows from our former decision that neither of the exceptions

prescribed by the statute exist. There is nothing to be determined by the lower court. The action cannot be maintained in the court appealed from, or in any other court.

The motion is therfore sutained, and the cause dismissed.

*Dismissed.*